UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

GARIC PETER ALEMAN — CIVIL ACTION

VERSUS — NO. 26-1613

WARDEN KEITH BICKHAM — SECTION "J" (2)

**ORDER**

Before the Court is Respondent's First Motion for Extension of Time to Answer (ECF No. 6), seeking an extension of time to file a response, inclusive of a copy of the entire state court record, to petitioner Garic Peter Aleman's petition for a writ of habeas corpus. The Respondent requests a 21-day extension from the original deadline of September 25, 2026, in accordance with the local rules. ECF No. 6 at 1.

Considering Respondent's First Motion for Extension of Time to Answer (ECF No. 6),

**IT IS ORDERED** that the Respondent's motion is **GRANTED** and, in accordance with E.D. La. Local Rule 7.8, the Respondent shall have an additional twenty-one (21) days from the original due date of September 25, 2026, or until October 16, 2026, to file a response in the above-captioned case.

**IT IS FURTHER ORDERED** that petitioner Garic Peter Aleman may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Respondent through the District Attorney.

New Orleans, Louisiana, this 28th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE