**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GARIC PETER ALEMAN, PETITIONER** | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 26-cv-1613** |
| **KEITH BICKHAM, WARDEN RESPONDENT** | * * | **SECTION "J" (2)** |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Keith Bickham, Warden, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A):

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due.

2. Since the Court's initial order to answer the petitioner's habeas corpus petition dated August 21, 2026 (Rec. Doc. 6), the undersigned counsel has filed five appellee briefs in the Louisiana First Circuit Court of Appeal,[1] filed one writ application with the Louisiana Supreme Court,[2] and answered two applications for post-conviction relief in the 22nd Judicial District Court.[3] Counsel is presently litigating an application for post-conviction relief in a capital case—the evidentiary hearing was held September 24, 2026, and the post-hearing

1 State v. Oscar Paysse, 2026-KA-0418; State v. Kendrick Lampley, 2026-KA-0333; State in the Interest of H.C., 2026-CJ-0880; State v. Fernando Cortez, 2026-KA-0203; State v. Bobby Bester, 2026-KA-0927.

2 State v. Precious Hicks, 2026-K-1211.

3 State v. William Naulty, 1952-F-2022; State v. Michael Parr, 3872-F-2024.

memoranda are due October 23, 2026.[4] The undersigned also presently owes nine more appellee briefs to the Louisiana First Circuit Court of Appeal.[5]

3. Considering the undersigned counsel's present work load (¶ 3, above), the respondent submits that there is "good cause" for an additional extension of time pursuant to Rule 6(b).

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until November 20, 2026, to answer Garic Peter Aleman's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to: Garic Peter Aleman, # 737211, Rayburn Correctional Center, 27268 Highway 21, Angie, LA 70426

This 21st day of October, 2026, Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney

---

4 State v. Jesse Montejo, 355706.

5 State v. Otto Alfaro, 2026-KA-0117; State v. John Raymond, 2026-KA-0290; State v. Travon Washington, 2026-KA-0369; State v. Alvin Laurant, 2026-KA-0370; State v. Shannon Polkey, 2026-KA-0708; State v. Bernard Denham, 2026-KA-0926; State v. Lawrence Burt, 2026-KA-0937; State v. Jamiel Miller, 2026-KA-1012; State v. Ryan Pellegrin, 2026-KA-0877.