**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GARIC PETER ALEMAN,**<br>**PETITIONER** | *<br>*<br>* | **CIVIL ACTION** |
| **VERSUS** | *<br>* | **NO. 26-cv-1613** |
| **KEITH BICKHAM, WARDEN,**<br>**RESPONDENT** | *<br>* | **SECTION "J" (2)** |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until November 20, 2026, to produce the state court record and file a response in the above-captioned case.

New Orleans, Louisiana, this ____ day of ______________, 2026.

________________________________
MAGISTRATE JUDGE