UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARIC PETER ALEMAN | CIVIL ACTION |
| VERSUS | NO. 26-1613 |
| WARDEN KEITH BICKHAM | SECTION "J" (2) |

**O R D E R**

Before the Court is Respondent's Second Motion for Extension of Time to Answer (ECF No. 8), seeking an extension of time to file a response, inclusive of a copy of the entire state court record, to petitioner Garic Peter Aleman's petition for a writ of habeas corpus. The Respondent requests an additional 30-day extension, or until November 20, 2026, to file a response. ECF No. 8 at 2. In support of the motion, Respondent states that they are currently litigating capital post-conviction proceedings in the state trial court with briefs due in late October in addition to nine other appellate briefs that Respondent currently owes the Louisiana First Circuit Court of Appeal. *Id*. at 1-2.

Considering Respondent's Second Motion for Extension of Time to Answer (ECF No. 8) and finding good cause shown,

**IT IS ORDERED** that the Respondent's motion is **GRANTED** and the Respondent shall have an additional thirty (30) days, or until November 20, 2026, to file a response in the above-captioned case.

**IT IS FURTHER ORDERED** that petitioner Garic Peter Aleman may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Respondent through the District Attorney.

New Orleans, Louisiana, this 22nd day of October, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE