UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARIC PETER ALEMAN | CIVIL ACTION |
| VERSUS | NO. 26-1613 |
| WARDEN KEITH BICKHAM | SECTION "J" (2) |

**O R D E R**

Before the Court is Respondent's Third Motion for Extension of Time to Answer (ECF No. 11), seeking an extension of time to file a response, inclusive of a copy of the entire state court record, to petitioner Garic Peter Aleman's petition for a writ of habeas corpus. The Respondent requests an additional 30-day extension, or until December 20, 2026, to file a response. ECF No. 11 at 2. In support of the motion, Respondent provides a detailed list of multiple appellate proceedings, including litigating capital post-conviction proceedings, in the state trial and appellate courts that required substantial briefing since the last extension as well as upcoming appellate and post-conviction deadlines in the state courts for at least 12 additional cases. *Id*. at 1-2. Petitioner filed an objection to future extensions of time on November 2, 2026. ECF No. 10.

Based on the showing made by Respondent, the Court finds good cause to grant the extension.

Accordingly,

**IT IS ORDERED** that the Respondent's motion (ECF No. 11) is **GRANTED** and the Respondent shall have an additional thirty (30) days, or until December 21, 2026, to file a response in the above-captioned case.

**IT IS FURTHER ORDERED** that petitioner Garic Peter Aleman may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Respondent through the District Attorney.

New Orleans, Louisiana, this 23rd day of November, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE